DAVID MERCER v. PRETZELRIDE, INC. v.
EVERETT INDUSTRIES.

March 21, 1988.

Petition for certification denied.

GREGORY BARTUCCI v. STATE OF NEW JERSEY, DEPARTMENT
OF CORRECTIONS.

March 21, 1988.

Petition for certification denied.

MYRON SUGARMAN v. PHILIP HORDES.

March 21, 1988.

Petition for certification denied.

JANE HARVEY v. PLANNING BOARD OF THE BOROUGH
OF MONMOUTH BEACH.

March 21, 1988.

Petition for certification denied.